**Order entered August 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00075-CV

---

**TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA MOTOR CORPORATION, Appellants**

**V.**

**BENJAMIN THOMAS REAVIS AND KRISTI CAROL REAVIS, INDIVIDUALLY AND AS NEXT FRIENDS OF E.R. AND O.R., MINOR CHILDREN, Appellees**

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

---

## ORDER

Before the Court is court reporter Vielica Dobbins's August 21, 2019 third request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than September 23, 2019. As the record was first due May 7, 2019, we caution Ms. Dobbins that failure to comply may result in an order that she not sit as a court reporter until she complies.

/s/    KEN MOLBERG
        JUSTICE